927 A.2d 207

**Bruce FERRELL, Petitioner,**

v.

**Jeffrey A. BEARD, Ph.D. Secretary et al Edward Klem, Superintendent et al Department of Corrections, Respondents.**

**No. 48 MM 2007.**

Supreme Court of Pennsylvania.

June 26, 2007.

## *ORDER*

PER CURIAM.

**AND NOW,** this 26th day of June, 2007, the Motion Requesting the Supreme Court's Permission to Proceed with the

622

Appeal by Means of Notice of Appeal Nunc Pro Tunc is denied.